UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRUCE MITCHELL NICHOLSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action Number: ) 1:19-cv-00542-AKK-JEO ) |
| CORNELIUS HARRIS, JR., et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 8, 2019, recommending that this action be dismissed without prejudice for failure to state a claim upon which relief may be granted. Doc. 9. The court failed to receive any objections within 14 days, but on June 4, 2019, the plaintiff filed a motion for extension of time to file objections, which the magistrate judge granted and allowed the plaintiff until June 18, 2019. Docs. 10 and 11. That additional time has expired, and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, this action is due to be dismissed without prejudice due to the plaintiff's failure to state a claim upon which relief can be granted. A final judgment will be entered.

**DONE** the 1st day of July, 2019.

                                            **ABDUL K. KALLON**
                                     UNITED STATES DISTRICT JUDGE